Entered on Docket
March 22, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-4 Home Equity Pass-Through Certificates, Series 2006-4
10-70222

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-34478-bam |
| Angela D. Lawson | Date: 3/2/2010<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-4 Home Equity Pass-Through Certificates, Series 2006-4, its assignees and/or successors in interest, of the subject property, generally described as 10021 Peseo Cresta Avenue, Las Vegas, NV 89117, and legally described as follows:

PARCEL 1:

Lot One Hundred Eighty (180) in Block Four (4) ofPECCOLE VILLAGE BY SIGNATURE HOMES - UNIT 7, as shown by map tbereof on file in Book 84 of Plats, Page 23, in tbe Office of the County Recorder of Clark County, Nevada.

PARCEL II:

A non-exclusive easement for ingress/egress, use and enjoyment over tbose portions delineated as "Common Areas" as shown on plat of said subdivision and further described in that certain Amended and Restated Master Declaration of Covenants, Conditions and Restrictions and Easements recorded August 27, 1990 in Book 900827 of Official Records as

Submitted by:

**WILDE & ASSOCIATES**

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Narrah F. Newark
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Brian D. Shapiro
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
  \_\_\_\_ The court waived the requirements of LR 9021.
  \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
  \_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
  \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
  \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
  \_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

  \_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
  \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
  \_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

  \_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor